IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT PHILLIP MARTINEZ,

    Plaintiff,                      No. CIV S-05-1888 GEB PAN P

    vs.

TERESA A. SCHWARTZ,

    Defendant.                  ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of April 28, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 31, 2006 motion for an extension of time is granted; and

        2. Plaintiff is granted fourteen days from the date of this order in which to file an amended complaint.

DATED: June 14, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp:001
mart1888.36