IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT PHILLIP MARTINEZ,

        Plaintiff,                 No. CIV S-05-1888 GEB EFB P

  vs.

TERESA A. SCHWARTZ, et al.,

        Defendants.      <u>ORDER</u>

                            /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The court dismissed plaintiff's initial complaint with leave to amend. Plaintiff has filed an amended complaint.

      The court finds that, for the limited purposes of § 1915A screening, the amended complaint states a claim that the defendants violated plaintiff's constitutional and statutory rights to practice his religion.

      Accordingly, it is hereby ORDERED that:

      1. Service is appropriate for defendants Teresa A. Schwartz and Robert P. Martinez.

      2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and one copy of the July 6, 2007, amended pleading.

////

3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and three copies of the endorsed July 6, 2007, pleading.

4. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Teresa A. Schwartz and Robert P. Martinez pursuant to Federal Rule of Civil Procedure 4 without payment of costs. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: October 29, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT PHILLIP MARTINEZ,

      Plaintiff,                No. CIV S-05-1888 GEB EFB P

    vs.

TERESA A. SCHWARTZ, et al.,

      Defendants.        <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

                          /

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__      completed summons form

        __2__      completed forms USM-285

        __3__      copies of the __July 6, 2007__
                                            Amended Complaint

Dated:

                                                          Plaintiff